1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10      FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,      )      CASE NO. 08cr3420-JM
                                    )
12                 Plaintiff,       )      ORDER TO CONTINUE MOTION
                                    )      HEARING DATE
13         v.                       )
                                    )
14   DANIEL RODRIGUEZ-SAUCEDO,      )
                                    )
15                 Defendant.       )
                                    )
16   _____)

17        Joint Motion of the parties having been made in the above-captioned matter, the

18   Court being fully advised and good cause appearing therefore:

19        IT IS HEREBY ORDERED that the time for hearing the matter in Defendant's

20   pretrial motions is continued to *November 21, 2008 at 11:00 a.m.*

21        SO ORDERED.

22   DATED:  November 4, 2008

23                                         _____
                                           Hon. Jeffrey T. Miller
24                                         United States District Judge

25

26

27

28